JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** DSS
**City** Chelsea
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** Jose Ezequiel Reyes-Acosta   **Juvenile:** ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:** Narcisco Baltazar Magana
**Address:** 1211 Maple Street, Utica, NY 13502
**Birth date (Yr only):** 1975   **SSN (last 4#):** 6836   **Sex:** Male   **Race:** _____   **Nationality:** El Salvador

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** James J. Nagelberg   **Bar Number if applicable:** 675656

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: Spanish
**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No
**Matter to be SEALED:** ☐ Yes  ☑ No
☑ Warrant Requested   ☐ Regular Process   ☑ In Custody
**Location Status:** New York State Custody
**Arrest Date:** February 15, 2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Oneida County Correctional Facility   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/7/2024   **Signature of AUSA:** [signature]

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Ezequiel Reyes-Acosta

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 U.S.C. § 408(a)(7)(B) | False Representation of Social Security Number | 1 |
| Set 2 | 18 U.S.C. § 1542 | False Statement in Application for Passport | 2 |
| Set 3 | 18 U.S.C. § 982(a)(6)(A); 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**